No. 76–5602.   BALDWIN *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 76–5752.   ARMEDO-SARMIENTO *v.* UNITED STATES;

No. 76–5764.   ROLDAN *v.* UNITED STATES;

No. 76–6135.   RODRIGUEZ-PARRA *v.* UNITED STATES; and

No. 76–6171.   MONTES-GOMEZ *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   Reported below: 545 F. 2d 785.

No. 76–5785.   CLARK *v.* MALLEY, WARDEN.   Sup. Ct. N. M. Certiorari denied.

No. 76–5809.   KLINE *v.* WISCONSIN.   Sup. Ct. Wis.   Certiorari denied.

No. 76–5811.   ATWELL ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 76–5812.   RUNKLE *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir.   Certiorari denied.

No. 76–5832.   AINSWORTH *v.* REED, PENITENTIARY SUPERINTENDENT.   C. A. 5th Cir.   Certiorari denied.

No. 76–5841.   TOWNS *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 76–5857.   GALLIANO *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 76–5876.   STOCKWELL *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 76–5879.   WITHERS *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 76–5886.   RUDD *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.